IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON BOOKER | : | CIVIL ACTION |
| | : | |
| v. | : | No.  12-2786 |
| | : | |
| TOWNSHIP OF CINNAMINSON | : | |

**<u>ORDER</u>**

AND NOW, this 5th day of October, 2012, it is ORDERED Defendant Township of Cinnaminson's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(3) or, in the alternative, to Transfer Venue and Require a More Definite Statement (Document 3) is GRANTED insofar as this matter is transferred for lack of personal jurisdiction over Defendant and in the interest of justice pursuant to 28 U.S.C. § 1631.

The Clerk of Court is DIRECTED to TRANSFER the above-captioned matter to the United States District Court for the District of New Jersey, and mark this case CLOSED.

BY THE COURT:

/s/  Juan R. Sánchez
Juan R. Sánchez, J.